### LANDRUM v. STATE.
No. 15071.

Court of Criminal Appeals of Texas.
March 16, 1932.

Rehearing Denied May 4, 1932.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment is regular. A plea of guilty was entered. The proof is specific and uncontroverted that in an automobile driven by the appellant in which he and others were riding there were transported several bottles of whisky. He testified in his own behalf, admitting the presence of the whisky, but denying previous knowledge that it was there. The question of fact was submitted to the jury in a charge against which no objection was urged. There are no complaints of the action of the trial court in charging the jury or in ruling on the procedure.

The motion for new trial sets up some matters of fact which are not supported by the testimony. We think there appears nothing in the record which would authorize a reversal of the judgment. It is therefore affirmed.

### On Motion for Rehearing.

**LATTIMORE, J.**

Appellant calls our attention to an inaccurate statement in our former opinion to the effect that appellant pleaded guilty. As a matter of fact, the plea was not guilty. We see no possible harm to appellant from the statement. The evidence was so overwhelming in establishing the fact of appellant's guilt, and appears so conclusive, as to need no analysis or discussion by us.

The motion for rehearing will be overruled.